UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62061

LUIS SIERRA,

    Plaintiff,

vs.

BISCAYNE ENTERPRISES, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LUIS SIERRA (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, BISCAYNE ENTERPRISES, INC., (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request days (7) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties seven (7) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

    Respectfully submitted,

**The Advocacy Group**
*Counsel for Plaintiff*
333 Las Olas Way, CU3 Suite 311
Fort Lauderdale, FL 33301
Telephone: (954) 282-1858
Email: service@advocacypa.com

  /s/ Jessica L. Kerr
Jessica L. Kerr, Esq.
Florida Bar No. 92810

## CERTIFICATE OF SERVICE

I certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

       */s/ Jessica L. Kerr*
Jessica L. Kerr, Esq.
Florida Bar No. 92810