UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-62061-CV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

vs.

BISCAYNE ENTERPRISES, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court on the Stipulation of Dismissal [DE 19] (the "Joint Stipulation"), filed herein on May 3, 2017. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 19] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of May, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record